UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rebecca Wilson, et. al

            Plaintiff(s),           Case No. 2:16-cv-10659-RHC-MKM

v.                                          Judge Robert H. Cleland

5 Choices, LLC, et al              Magistrate Judge Mona K. Majzoub

            Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __defendants identified in Exhibit A__

makes the following disclosure: **(NOTE: A negative report, if appropriate, is required.)**

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐     No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐     No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: April 19, 2016                          /s/ **Michael G. Brady**

                                                    Michael G. Brady (P57331)
                                                    Warner Norcross & Judd LLP
                                                    2000 Town Center, Suite 2700
                                                    Southfield, MI 48075
                                                    248-784-5000
                                                    mbrady@wnj.com

**EXHIBIT A**

5 Choices, LLC

American Cash Funding, LLC

BuyPD, LLC

DLS Properties, LLC

EZ Street Properties, LLC

FrontSide Properties, LLC

Green Apple Homes, LLC

Insiders Cash, LLC

Malibu Breeze Properties, LLC

Max Ultra, LLC

Patriot Homes, LLC

Property Direct, LLC

Ready Prop

Red List Homes, LLC

Screaming Eagle Properties, LLC

Silver Ties Homes, LLC