UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rebecca K. Wilson, et al

           Plaintiff(s),

v.

Yancey Events, LLC

           Defendant(s).
_____/

Case No. 2:16-cv-0659

Judge Robert H. Cleland

Magistrate Judge Mona K. Majzoub

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Yancey Events, LLC__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: April 27, 2016

*[signature]*
Robert E. Graziani
P25547
Howard & Howard Attorneys, LLC
450 W Fourth Street
Royal Oak, MI 48067
(248) 723-0350
reg@h2law.com