# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Rebecca K. Wilson, Dennis Houtz, James Dunn, Robert Wong, Kenneth Wong, Mike Hampshire, Lions Fan, LLC, Linda Saenz, and Abby Creek Investments, LLC, Pascal Vohradnik, Simone Vohradnik, 13607 Virgil St., LLC, Joanne Beldotti, Ramona Lorraine Solano-Owen, Greiner 11831, LLC, Coyle 12071, LLC, and Sarsfield 12460, LLC, and various John Does,<br>    Plaintiffs,<br><br>v.<br><br>5 Choices, LLC, American Cash Funding, LLC, BuyPD, LLC, DLS Properties, LLC, EZ Street Properties, LLC, FrontSide Properties, LLC, Green Apple Homes, LLC, Insiders Cash, LLC, Malibu Breeze Properties, LLC, Max Ultra, LLC, Patriot Homes, LLC, Property Direct, LLC, Ready Prop, Red Apple Homes, LLC, Red List Homes, LLC, Scree 44, LLC, Screaming Eagle Properties, LLC, and Silver Ties Homes, LLC, Investors Financial Education, LLC, Insiders Financial Education, LLC, Yancey Events, LLC, Yancey, LLC, and various John Does,<br>    Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. 2:16-cv-10659-RHC-MKM<br><br>Honorable Robert H. Cleland<br><br>Magistrate Judge Mona K. Majzoub |

## NOTICE OF WITHDRAWAL OF PROPERTY DEFENDANTS' RULE 12(b) MOTION TO DISMISS AND TO ENFORCE SETTLEMENT AGREEMENTS

Defendants 5 Choices, LLC; American Cash Funding, LLC; BuyPD, LLC; DLS Properties, LLC; EZ Street Properties, LLC; FrontSide Properties, LLC; Green Apple Homes, LLC; Insiders Cash, LLC; Malibu Breeze Properties, LLC; Max Ultra, LLC; Patriot Homes, LLC; Property Direct, LLC; Ready Prop; Red List Homes, LLC; Screaming Eagle Properties, LLC; and Silver Ties Homes, LLC (collectively, the "Property Defendants") withdraw their Rule 12(b) Motion to Dismiss and to Enforce Settlement Agreements, filed on April 4, 2016 (Dkt. 6), without prejudice.

Respectfully submitted,

Dated: May 25, 2016

By: */s/Michael G. Brady*
Michael G. Brady (P57331)
Katherine L. Pullen (P74511)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, Michigan 48075
(248) 784-5000
mbrady@wnj.com
kpullen@wnj.com

Bill Knowlton (not admitted)
Invictus Law, P.C.
360 South Technology Court, Suite 200
Lindon, Utah 84042
801-854-9212
bill@invictuspc.com
*Attorneys for Property Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2016, I electronically filed the foregoing Notice of Withdrawal of Property Defendants' Rule 12(b) Motion to Dismiss and to Enforce Settlement Agreements with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record via the Court's ECF system.

Respectfully submitted,
/s/ *Michael G. Brady*
Michael G. Brady (P57331)
Katherine L. Pullen (P74511)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
mbrady@wnj.com
*Attorneys for Property Defendants*