**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

REBECCA K. WILSON, et al.,

    Plaintiffs,

v.                                          Case No. 16-10659

5 CHOICES, LLC, et al.,

    Defendants.
                                            /

**ORDER SETTING STATUS CONFERENCE AND DIRECTING PLAINTIFF TO FILE
CONSOLIDATED COMPLAINT**

      The court held a status conference off the record on November 2, 2016 in which counsel participated. While several motions to dismiss alleging mandatory arbitration and choice of venue provisions were pending in this case, (Dkts. ## 14, 15, 26, 28), Judge Cleland accepted reassignment of a companion case alleging essentially the same facts and legal theories against largely the same Defendants on behalf of additional Plaintiffs who are represented by the same counsel who represent Plaintiffs in the instant case. *See Thode v. Insiders Cash, LLC,* No. 16-13601 (E.D. Mich.).

      In the interests of both judicial economy and minimizing the risk of inconsistent rulings that could stem from adjudicating motions to dismiss filed in the two cases individually, the court will direct Plaintiff to file a consolidated complaint which combines the claims of the two companion cases. Defendants' counsel indicated that they would accept service of the consolidated complaint without delay. Because the complaints in the two cases are very nearly identical, preparation of a consolidated complaint should not long delay a determination of Defendants' motions to dismiss. Shortly thereafter the

court will convene a telephonic status conference to determine the steps necessary to resolve the issues raised in Defendants' pending motions.

IT IS ORDERED that Plaintiffs shall prepare and file a consolidated complaint which unites the two companion cases, *Wilson, et al., v. 5 Choices, LLC, et al.*, No. 16-13601 (E.D. Mich.), and *Thode, et al., v. Insiders Cash, LLC, et al.*, No. 16-13601 (E.D. Mich.), under a single case number by **Friday, November 17, 2016 at 5:00 P.M.**

IT IS FURTHER ORDERED that all counsel appear for a telephonic status conference on **December 7, 2016 at 4:15 p.m.** The court will initiate the call.

 s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  November 8, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 8, 2016, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522


S:\Cleland\JUDGE'S DESK\C2

ORDERS\16-10659.WILSON.OrderConsolidation.bss.wpd