**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

REBECCA K. WILSON, et al.,

    Plaintiffs,

v.                                                               Case No. 16-10659

5 CHOICES, LLC, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's "Order Granting Lending Defendants' Motion to Dismiss and Setting Hearing on Education Defendants' Motion," dated May 8, 2017, its "Order Granting Education Defendants' Motion to Dismiss and to Compel Arbitration, Dismissing Without Prejudice Plaintiffs' Claims Against Education Defendants and Setting Hearing," dated June 2, 2017, and its "Order Granting Property Defendants' Motion to Dismiss and Granting JGI's Motion to Dismiss," dated July 6, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants, and against Plaintiffs. Dated at Port Huron, Michigan, this 6th day of July 2017.

                                                                s/Robert H. Cleland
                                                                ROBERT H. CLELAND
                                                                UNITED STATES DISTRICT JUDGE

Dated:   July 6, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 6, 2017, by electronic and/or ordinary mail.

                                                   s/Lisa Wagner
                                                   Case Manager and Deputy Clerk
                                                   (810) 292-6522

S:\CLELAND\JUDGE'S DESK\C2 ORDERS\16-10659.WILSON.JUDGMENT.BSS.DOCX

2